# EXHIBIT A

Filed        22-CI-002771        06/03/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/07/2022 02:17:03 PM
84528

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON COUNTY CIRCUIT COURT**
**DIVISION ___**
**CIVIL ACTION NO. 22-CI-00_____**

**KENNETH WALKER**                                                                                     **PLAINTIFF**

v.                                                    **COMPLAINT**

**LOWE'S HOME IMPROVEMENT, LLC**                                                    **DEFENDANT**

COMES NOW the Plaintiff, KENNETH WALKER (hereinafter "Plaintiff"), by counsel, and for her complaint against LOWES COMPANIES INC. (hereinafter "Defendant"), states and pleads as follows:

1. Plaintiff, KENNETH WALKER, is a resident of Kentucky residing at 775 Mercer Bend Road, Leitchfield, KY 42754.

2. Defendant, LOWE'S HOME IMPROVEMENT, LLC is a foreign limited liability company doing business in the state of Kentucky. The registered agent for the company is 421 West Main Street, Frankfort, KY 40601 with principal office at 1000 Lowe's Blvd, Mooresville, NC 28117.

3. On June 6th, 2021, Plaintiff sustained serious physical injuries due to Defendant's negligent upkeep of the parking lots at the store located at 6651 Dixie Hwy., Louisville, KY 40258 when the Plaintiff fell in the parking lot.

4. The above-described incident was proximately caused by the negligence, carelessness, inattention and errors of Defendant, in violation of duties under the common law and applicable statutes.

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

COM : 000001 of 000003

Filed        22-CI-002771        06/03/2022        David L. Nicholson, Jefferson Circuit Clerk

5. As a direct and proximate result of Defendant's negligence and breach of statute, Plaintiff was injured and sustained the following damages:

   a) Medical expenses and prescriptions in excess of $1000.00, past and future;

   b) Physical pain and suffering;

   c) Mental humiliation and anguish;

   d) Risk of future complications;

   e) Loss of enjoyment of life;

   f) Out of pocket expenses;

6. As a direct and proximate result of Defendant's negligence and breach of statute, Plaintiff was injured and sustained compensatory and punitive damages exceeding $1000.

THEREFORE, the Plaintiff demands as follows:

1) Judgment against Defendant for his injuries and damages more particularly described above, including compensatory and punitive damages;

2) Trial by jury;

3) Award of attorney fees and costs;

4) Any and all hearings necessary to the interest of justice;

5) All other relief to which she may appear to be entitled.

Submitted:

*Earlene Whitaker Wilson*

**Hon. Earlene Whitaker Wilson**
**Attorney at Law**
**90 Public Square**
**Leitchfield, KY 42754**
Phone - 270-971-1214
Fax – 888-419-5597
whitaker.earlene@gmail.com
earlene@eaailsonlaw.com
**Attorney for Plaintiff**

**VERIFICATION**

Filed        22-CI-002771    06/03/2022        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/07/2022 02:17:03 PM
84528

I, KENNETH WALKER, do hereby certify that I have read the foregoing Complaint, and the statements contained therein are true as I verily believe.

_____
**KENNETH WALKER**
**PLAINTIFF**

COMMONWEALTH OF KENTUCKY    )

COUNTY OF GRAYSON    )

Subscribed, sworn to and acknowledged before me this 15 day of December, 2021 by KENNETH WALKER.

_____
NOTARY PUBLIC/ STATE AT LARGE
My commission expires on: 12-22-22
My notary ID: 612960

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

COM : 000003 of 000003

Filed        22-CI-002771    06/03/2022        David L. Nicholson, Jefferson Circuit Clerk